**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| STARBOARD YACHT GROUP LLC | 23-cv-61696-AHS |
| DEFENDANT | TYPE OF PROCESS |
| M/V OCTOPUSSY a143-ft motor yacht, Registry No: JMP15060 her engines, tackle, etc | Rule C Arrest Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MV OCTOPUSSY, her engines, gear, boats, appurtenances etc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Safe Harbour Lauderdale Marine Center, 2029 SW 20th St. Ft Lauderdale FL 33315

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Matthew J. Valcourt, Valcourt and Associates LLC
850 NE Third St Suite 208
Dania FL 33004

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Vessel is in drydock at Safe Harbour Lauderdale Marine Center, please contact Charles "Jake" Stratman to coordinate the arrest, Cel:954-873-8546, office 954-376 5400. You may need to be let into the Marina. Please also call the Attorney Matthew J Valcourt at (305) 763 2891 when the arrest time is set.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 3057632891
DATE: 9/6/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. A04
District to Serve No. A04
Date: 9-6-23

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 9-6-23   Time: 6:15 pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
STG NM/AP #3580

Costs shown on attached USMS Cost Sheet >>

REMARKS
Vessel Arrested per Court order.
AWAY HOURS - 8 = $520.00
MILES - 16 = $10.48

Form USM-285
Rev. 03/21