IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

STARBOARD YACHT GROUP LLC      CASE NO:  0:23-cv-61696-AHS
A Florida Limited Liability Company,

    Plaintiff,

vs.

M/V OCTOPUSSY a 1988 Heesen built 143-ft motor yacht, Registry No: JMP15060 her engines, tackle, boats, gear, Seakeepers, appurtenances etc., *in rem*, and Contessa Marine Research LLC a Delaware limited liability Company, *in personam*,

    Defendants.
_____/

## JOINT STIPULATION CONSENT FOR SECURITY AND RELEASE OF VESSEL

COMES NOW, Plaintiff, STARBOARD YACHT Group LLC and defendant vessel M/V OCTOPUSSY, pursuant to Admiralty Rule E(5)(c) Release by Consent or Stipulation; and hereby files this Joint Stipulation for Security for Arrest of vessel OCTOPUSSY and release of the vessel as follows:

1.     Defendants agree to post security in the amount of $400,000 in lieu of arrest and to deposit the funds in the IOTA account of Moore and Co. PA to be held pursuant to a Joint Escrow agreement between the parties not to be released unless signed by all parties or pursuant to a lawful order of this Court.

2.     Defendants may, at their option, replace the security by posting an approved bond with the Court for $400,000.00.

3. Either party reserves the right to move the Court to adjust security as the facts or the circumstances of the Rules allow.

4. The security posted includes 2 years of interest at 6%.

5. Upon deposit of the $400,000.00 in security, the parties stipulate to entry of an Order immediately releasing the vessel OCTOPUSSY and engines, tackle, gear, Seakeepers, equipment, equipment on board, boats, tenders, appurtenances etc.

A proposed order is attached.

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
Valcourt and Associates LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff, Starboard Yacht Group LLC


s/Caycie Flitman
Florida Bar No. 55826
Michael T. Moore
Florida Bar No. 207845
MOORE & COMPANY, P.A.
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
michael@moore-and-co.com
cflitman@moore-and-co.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Matthew J. Valcourt
Matthew J. Valcourt
