UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO. 23-cv- 61696-SINGHAL

STARBOARD YACHT GROUP, LLC,
a Florida Limited Liability Company,

    Plaintiff,
v.

M/V OCTOPUSSY, a 1988 Heesen built
143-ft Motor yacht, Registry No. JMP15060
her engines, tackle, boats, gear,
appurtenances, etc., *in rem*, and CONTESSA
MARINE RESEARCH LLC, a Delaware
Limited Liability company, *in personam*,

    Defendants.
_____/

## DEFENDANTS' RULE 7.1 CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, M/V OCTOPUSSY and CONTESSA MARINE RESEARCH LLC, (collectively "Defendants"), by and through their undersigned counsel, hereby file this Certificate of Interested Parties and Corporate Disclosure Statement, and thereby discloses the following interested parties and corporations that may have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties, pursuant to Federal Rule of Civil Procedure 7.1 and the Court's September 5, 2023, Order [DE 12]:

### CERTIFICATE OF INTERESTED PARTIES

1. Plaintiff, Starboard Yacht Group, LLC, a Florida Limited liability company

2. Defendant, Contessa Marine Research LLC a Delaware limited liability company, *in personam,* owner/operator of defendant vessel

3. Charles Jake Stratmann, managing member of Plaintiff

4. Kevin Burke

5. Canan LLC d/b/a HTEC

6. Moore and Company., P.A., counsel for Defendants M/V OCTOPUSSY, a 1988 Heesen built 143-ft Motor yacht, Registry No. JMP15060, *in rem* and Contessa Marine Research LLC, a Delaware Limited Liability company, *in personam*

7. Michael T. Moore, Esq., counsel for Defendants

8. Caycie Flitman, Esq., counsel for Defendants

9. Defendant M/V OCTOPUSSY, *in rem*

10. Valcourt and Associates LLC, counsel for Plaintiff Starboard Yacht Group, LLC, a Florida Limited Liability Company

11. Matthew J. Valcourt, Esq., counsel for Plaintiff

12. Steven Ivankovich

13. Anthony Ivankovich

14. Safe Harbor Lauderdale Marine Center is where the vessel is currently moored and may have an interest in this case. Upon information and belief, the Marina is owned by Sun Communities, Inc., a publicly traded stock on the New York stock Exchange with the symbol (SUI).

I hereby certify that, except as disclosed above, I am unaware of any other interested parties or any actual or potential conflict involving the district judge or magistrate judge assigned to this case. If in the future such an interest is discovered, I will immediately notify the Court in writing upon learning of any additional interested parties or potential conflicts.

## COORPORATE DISCLOSURE STATEMENT

Contessa Marine Research LLC certifies that it has no parent corporation and that no publicly held corporation owns more than ten percent (10%) of its stock.

Dated: September 18, 2023

Respectfully submitted,

Moore & Company, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, FL  33134
Telephone: 786-221-0600
Facsimile 786-2201-0601
michael@moore-and-co.com
cflitman@moore-and-co.com
*Counsel for Defendants*

s/Caycie Flitman
Caycie Flitman, Esq.
Florida Bar No. 55826

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email through the Court's CM/ECF system on September 18, 2023, on all counsel or parties or record listed on the Service List below.

s/Caycie Flitman
Caycie Flitman, Esq.

## SERVICE LIST

Matthew J. Valcourt, Esq.
VALCOURT AND ASSOCIATES LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: 305-763-2891
Facsimile: 305-470-7484
mvalcourt@valcourtlaw.com
*Counsel for Plaintiff, Starboard Yacht Group LLC*