**From:** **Jake Stratmann** jake@starboardyacht.com
**Subject:** FW: Recommendations and Requirements for tasking to a PM position on MY Octopussy
**Date:** May 24, 2022 at 5:30 PM
**To:** Joe Seinitz jseinitz@yahoo.com
**Cc:** Steven IVANKOVICH sivankovic@me.com, Jeff Vrana Jeff@starboardyacht.com, Theresa Theresa@starboardyacht.com

Joe and Steve,

Hope this email finds you both doing well.

Wanted to show some transparency as we are starting the PM Role onboard Octopussy. Below is the email from Jeff and attached his recommendations for PM success which I agree with and is well written.

I've also copied Theresa who will generate an invoice for payment as discussed at 3,000 per week and billed bi-weekly or in 2 week increments to avoid excessive paperwork and payments.

Look forward to having more visibility and working with your team by bringing more assets, value, and accountability.

Please review and let me know if you have any feedback, questions, or comments.

Respectfully,

**Respectfully,**

***Jake Stratmann***
**CEO**

Starboard
YACHT GROUP

SEAKEEPER
2021
DEALER
OF THE YEAR
AMERICAS
STARBOARD YACHT GROUP

*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255

**EXHIBIT**
**1**

www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***

SEAKEEPER DEALER
HUMPHREE®
Raymarine AUTHORISED DEALER
FLIR
Fischer Panda
LAUDERDALE MARINE CENTER LMC 2021 AUTHORIZED CONTRACTOR
OPTIMUS360 DOMETIC
LUMITEC

**From:** Jeff Vrana <Jeff@starboardyacht.com>
**Sent:** Tuesday, May 24, 2022 4:03 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Subject:** Recommendations and Requirements for tasking to a PM position on MY Octopussy

Hi Jake

Here is my tried and true normal working requirements for this handover PM position to be successful.
These responsibility's and requirements for a yachts refit period project management position will allow ownership, and all staff to at any time to download and see progress and have operational input daily and during weekly planning meetings.

Thank you for considering me for this role on a vessel of this pedigree and yachting prestige.

Regards

Jeff Vrana
Senior Engineer
USCG Chief Engineer Steam/Diesel/Gas Turbin.

Starboard Yacht Group

850 N.E. Third Street Suite 208
Dania Beach, Florida, 33004
Jeff@StarboardYacht.com
Office: (954) 376-5400
Mobile: (954) 558-7436
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

Jeff Vrana PM

Jeff Vrana PM
Taskin...y..docx