### Funding From Contessa Marine Research LLC to Starboard Yacht Group LLC

|  | Amount | Date Wired |
|---|---|---|
|  | $12,862.00 | 4/8/22 |
|  | $827,699.42 | 6/20/22 |
|  | $150,000.00 | 7/22/22 |
|  | $500,000.00 | 9/9/22 |
|  | $450,000.00 | 9/12/22 |
|  | $100,000.00 | 9/14/22 |
|  | $200,000.00 | 9/22/22 |
|  | $60,000.00 | 9/26/22 |
|  | $254,079.76 | 9/28/22 |
|  | $300,000.00 | 1/11/23 |
|  | $500,000.00 | 1/18/23 |
|  | $150,000.00 | 2/10/23 |
|  | $1,000,000.00 | 3/31/23 |
| TOTAL | $4,604,641.18 |  |

EXHIBIT 2



Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Feb 10, 2023 | Completed | Starboard Yacht Group | 8004835378 | $150,000.00 | $150,000.00 USD |
| Jan 18, 2023 | Completed | Starboard Yacht Group | 8003876733 | $500,000.00 | $500,000.00 USD |
| Jan 11, 2023 | Completed | Starboard Yacht Group | 8003632874 | $300,000.00 | $300,000.00 USD |
| Sep 28, 2022 | Completed | Starboard Yacht Group | 5354467021 | $254,079.76 | $254,079.76 USD |
| Sep 26, 2022 | Completed | Starboard Yacht Group | 5354156359 | $60,000.00 | $60,000.00 USD |
| Sep 22, 2022 | Completed | Starboard Yacht Group | 5353740842 | $200,000.00 | $200,000.00 USD |
| Sep 14, 2022 | Completed | Starboard Yacht Group | 5352577035 | $100,000.00 | $100,000.00 USD |
| Sep 12, 2022 | Completed | Starboard Yacht Group | 5352232403 | $450,000.00 | $450,000.00 USD |
| Sep 9, 2022 | Completed | Starboard Yacht Group | 5352024165 | $500,000.00 | $500,000.00 USD |
| Apr 8, 2022 | Completed | Starboard Yacht Group | 5330220993 | $12,862.00 | $12,862.00 USD |

From Stifel

### External Wire Transfer

| | |
|---|---|
| From Account Name | Contessa Marine Research LLC |
| From Account Number | ▮-8848 |
| Bank Name | Bank of America |
| Routing Number | 026009593 |
| Account Name | Starboard Yacht Group |
| Account Number | ▮0671 |
| Account Address | 850 N.E. Third Street Suite 208 |
| | Dania Beach, Florida, 33004 |
| Amount | 827,699.42 |
| Note | Invoice Payment |

### External Wire Transfer

| | |
|---|---|
| From Account Name | Contessa Marine Research LLC |
| From Account Number | ▮-8848 |
| Bank Name | Bank of America |
| Routing Number | 026009593 |
| Account Name | Starboard Yacht Group |
| Account Number | ▮0671 |
| Account Address | 850 N.E. Third Street Suite 208 |
| | Dania Beach, Florida, 33004 |
| Amount | 150,000.00 |
| Note | Invoice Payment |

Mar 31, 2023 From Chase Account Number ▮3681

DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP IMAD: 0331B1QGC08C053005 TRN: 3608323090ES 03/31
Outgoing wire transfer $1,000,000.00

Jan 18, 2023    From Chase Account Number ▮86357

ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP DANIA BEACH FL 33004 US IMAD: 0118B1QGC08C003442 TRN: 3111113018ES 01/18
Outgoing wire transfer  $500,000.00

Jan 11, 2023    From Chase Account Number ▮86357

ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP DANIA BEACH FL 33004 US IMAD: 0111B1QGC07C011265 TRN: 3172523011ES 01/11
Outgoing wire transfer  $300,000.00