Starboard YACHT GROUP
850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

# Repair Order
## Internal Invoice

Doc Number: 40539
Service Writer:
Date Printed: 08/11/2023
Date In: 06/10/2022

Contessa Marine Research, LLC
382 NE 191st Street, Suite 98646
Miami, Florida 33179

**Customer Information**
Cell Phone: 561-313-4922
Email: yachtserviceintl@gmail.com

**Unit** 2022 Hessen Octopussy Color: Keyboard:
VIN/HIN/Serial No: Stock #:Ivankovich - Octopussy Odom/Hrs:0

**Remove all Kamewa Equipment and hydraulic rams to hull and prep for engine removal**

**Description:** Removed all Kamewa intermediate shafts and shaft flanges. Then removed three Hydrolic power packs and piping. Then removed the HP flanges and all kamewa flange connection bolts. We then jaking bolts and all thread to remove the jet tubes

AME was contracted to remove seized SKF Hydraulic coupling with Hydraulic torque wrench.AME Ref Inv 12044 WORK COMPLETED: * Prepared for job * Attended vessel * Released SKF coupling (Hydraulic) using SKF pneumatic pump (Port, starboard, and center couplings).

**Parts Subtotal** $3,544.43

**Labor**

| Description |
|---|

**Labor Subtotal** $18,010.00

**Sublet**

| Description |
|---|
| AME Ref Inv 12044 WORK COMPLETED<br>M/Y "OCTOPUSSY" 143' Heesen 1988 - Release SKF Shaft Couplings |

| | |
|---|---|
| **Sublet Subtotal** | $1,172.49 |
| **Shop Supplies** | $400.00 |
| **WC Fees 3%** | $540.30 |
| **Job Subtotal** | $23,667.22 |

**Approve:** ☑ **Decline:** ☐

| | |
|---|---|
| **All Jobs Subtotal:** | $23,667.22 |
| **Tax:** | $0.00 |
| **Total:** | $0.00 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $0.00 |

EXHIBIT
5

Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | TOTAL LABOR HOURS FOR REPAIR ORDER SELECTED | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 116 | Nacosta | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/06/2022 08:51: | | 12/06/2022 12:26: | | | 3.58 | | 3.583 |
| 117 | Nacosta | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/6/2022 | | 12/6/2022 | | | 3.58 | | 3.58 |
| 121 | klowder | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/05/2022 08:00: | | 12/05/2022 04:00: | | | 8 | | 8 |
| 122 | klowder | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/06/2022 08:51: | | 12/06/2022 02:04: | | | 5.23 | | 5.217 |
| 123 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/14/2022 08:38: | | 12/14/2022 04:11: | | | 7.56 | | 7.55 |
| 124 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/15/2022 07:57: | | 12/15/2022 03:36: | | | 7.65 | | 7.65 |
| 125 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/16/2022 08:20: | | 12/16/2022 02:07: | | | 5.79 | | 5.783 |
| 167 | klowder | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/5/2022 | | 12/5/2022 | | | 8.00 | | 8.00 |
| 168 | klowder | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/6/2022 | | 12/6/2022 | | | 5.23 | | 5.22 |
| 175 | lpalmer | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/19/2022 08:00: | | 12/19/2022 04:00: | | | 8 | | 8 |
| 176 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/19/2022 08:09: | | 12/19/2022 12:36: | | | 4.45 | | 4.45 |
| 177 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/19/2022 01:07: | | 12/19/2022 04:22: | | | 3.25 | | 3.25 |
| 178 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/20/2022 08:37: | | 12/20/2022 12:00: | | | 3.38 | | 3.383 |
| 179 | lpalmer | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 09:00: | | 12/20/2022 12:00: | | | 3 | | 3 |
| 184 | lpalmer | | 40539 | All | QC-JV | Com | SYG /Crew | 1 | | ## | 1/0/1900 | | ### | | | |
| 227 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 4.45 | | 4.45 |
| 228 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 3.25 | | 3.25 |
| 229 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/20/2022 | | 12/20/2022 | | | 3.38 | | 3.38 |
| 238 | David M Erb | | 40539 | | | | | | 02/27/2023 08:00:08.876 | | 02/27/2023 04:00:10.444 | | | | | 4.00 |
| 338 | Franklin Arias-Paulino | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 09:00: | | 12/20/2022 12:00: | | | 3 | | 3 |
| 339 | Franklin Arias-Paulino | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/20/2022 07:53:37.393 | | 12/20/2022 04:38:36.144 | | | | | 8.75 |

## Octopussy Pay[illegible] per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 392 | Diego Valenzuela | | 40539 | | protection | | Ivankovich, Steve | | 07/01/2022 12:30: | | 07/01/2022 01:30: | | | 8.00 | | 8.00 |
| 438 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/2/2023 8:00 | | 1/2/2023 4:00 | | | 8.00 | | 8.00 |
| 439 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/3/2023 8:00 | | 1/3/2023 4:00 | | | 8.00 | | 8.00 |
| 440 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/4/2023 8:00 | | 1/4/2023 4:00 | | | 8.00 | | 8.00 |
| 442 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/5/2023 8:46 | | 1/5/2023 11:59 | | | 3.21 | | 3.22 |
| 443 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/5/2023 12:30 | | 1/5/2023 4:30 | | | 4.00 | | 4.00 |
| 445 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/6/2023 8:03 | | 1/6/2023 11:56 | | | 3.89 | | 3.88 |
| 448 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/9/2023 8:21 | | 1/9/2023 11:49 | | | 3.47 | | 3.47 |
| 449 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/9/2023 12:36 | | 1/9/2023 4:23 | | | 3.79 | | 3.78 |
| 450 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/10/2023 10:51 | | 1/10/2023 11:51 | | | 0.99 | | 1.00 |
| 451 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/10/2023 12:46 | | 1/10/2023 4:21 | | | 3.59 | | 3.58 |
| 452 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/11/2023 8:10 | | 1/11/2023 8:46 | | | 0.61 | | 0.60 |
| 454 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/13/2023 10:14 | | 1/13/2023 11:58 | | | 1.72 | | 1.73 |
| 456 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/17/2023 8:12 | | 1/17/2023 11:50 | | | 3.63 | | 3.63 |
| 458 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/18/2023 1:19 | | 1/18/2023 4:19 | | | 3.00 | | 3.00 |
| 459 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/26/2023 8:05 | | 1/26/2023 12:04 | | | 3.99 | | 3.98 |
| 460 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/2/2023 8:42 | | 2/2/2023 11:55 | | | 3.21 | | 3.22 |
| 461 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/2/2023 12:36 | | 2/2/2023 4:23 | | | 3.79 | | 3.78 |
| 462 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/7/2023 8:13 | | 2/7/2023 11:55 | | | 3.70 | | 3.70 |
| 463 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/7/2023 12:28 | | 2/7/2023 4:30 | | | 4.00 | | 4.03 |
| 464 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/10/2023 8:18 | | 2/10/2023 12:08 | | | 3.84 | | 3.83 |
| 465 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/10/2023 12:32 | | 2/10/2023 4:03 | | | 3.51 | | 3.52 |
| 466 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/15/2023 8:23 | | 2/15/2023 9:46 | | | 1.37 | | 1.37 |
| 468 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/22/2023 8:30 | | 2/22/2023 11:59 | | | 3.48 | | 3.48 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 469 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/22/2023 12:31 | | 2/22/2023 4:17 | | | 3.75 | | 3.75 |
| 471 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/23/2023 12:33 | | 2/23/2023 2:22 | | | 1.82 | | 1.82 |
| 477 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/28/2023 10:51 | | 2/28/2023 12:00 | | | 1.15 | | 1.15 |
| 478 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/28/2023 12:33 | | 2/28/2023 5:22 | | | 4.83 | | 4.83 |
| 479 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/1/2023 9:10 | | 3/1/2023 12:06 | | | 2.93 | | 2.93 |
| 480 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/1/2023 12:34 | | 3/1/2023 4:19 | | | 3.75 | | 3.75 |
| 481 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/2/2023 8:12 | | 3/2/2023 12:00 | | | 3.80 | | 3.80 |
| 482 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/2/2023 12:30 | | 3/2/2023 4:11 | | | 3.68 | | 3.68 |
| 483 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/6/2023 8:23 | | 3/6/2023 12:18 | | | 3.91 | | 3.91 |
| 484 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/6/2023 1:03 | | 3/6/2023 4:37 | | | 3.56 | | 3.56 |
| 485 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/7/2023 9:19 | | 3/7/2023 12:04 | | | 2.75 | | 2.75 |
| 486 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/7/2023 12:35 | | 3/7/2023 4:45 | | | 4.17 | | 4.17 |
| 487 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/8/2023 8:09 | | 3/8/2023 12:30 | | | 4.34 | | 4.34 |
| 488 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/8/2023 1:01 | | 3/8/2023 4:22 | | | 3.34 | | 3.34 |
| 489 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/9/2023 8:24 | | 3/9/2023 11:58 | | | 3.55 | | 3.55 |
| 490 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/9/2023 12:30 | | 3/9/2023 4:46 | | | 4.27 | | 4.27 |
| 491 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/10/2023 8:16 | | 3/10/2023 11:59 | | | 3.71 | | 3.71 |
| 492 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/10/2023 12:30 | | 3/10/2023 4:24 | | | 3.90 | | 3.90 |
| 497 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/02/2023 08:00:00.000 | | 01/02/2023 04:00:00.000 | | | 8 | | 8 |
| 498 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/03/2023 08:00:00.000 | | 01/03/2023 04:00:00.000 | | | 8 | | 8 |
| 499 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/04/2023 08:00:00.000 | | 01/04/2023 04:00:00.000 | | | 8 | | 8 |
| 500 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 08:03:21.154 | | 01/09/2023 12:00:21.154 | | | 3.95 | | 3.95 |
| 501 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 12:30:23.880 | | 01/09/2023 04:29:55.559 | | | 3.992 | | 3.992 |
| 512 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/02/2023 08:00: | | 01/02/2023 04:00: | | | 8 | | 8 |

## Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 513 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/03/2023 08:00: | | 01/03/2023 04:00: | | | 8 | | 8 |
| 514 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/04/2023 08:00: | | 01/04/2023 04:00: | | | 8 | | 8 |
| 515 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 08:46: | | 01/05/2023 11:59: | | | 3.21 | | 3.217 |
| 516 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 12:30: | | 01/05/2023 04:30: | | | 4 | | 4 |
| 517 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/06/2023 08:03: | | 01/06/2023 11:56: | | | 3.89 | | 3.883 |
| 518 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 08:21: | | 01/09/2023 11:49: | | | 3.47 | | 3.467 |
| 519 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 12:36: | | 01/09/2023 04:23: | | | 3.79 | | 3.783 |
| 520 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 10:51: | | 01/10/2023 11:51: | | | 0.99 | | 1 |
| 521 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 12:46: | | 01/10/2023 04:21: | | | 3.59 | | 3.583 |
| 522 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/11/2023 08:10: | | 01/11/2023 08:46: | | | 0.61 | | 0.6 |
| 523 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 10:14: | | 01/13/2023 11:58: | | | 1.72 | | 1.733 |
| 524 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 08:12: | | 01/17/2023 11:50: | | | 3.63 | | 3.633 |
| 525 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/26/2023 08:05: | | 01/26/2023 12:04: | | | 3.99 | | 3.983 |
| 526 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 08:42: | | 02/02/2023 11:55: | | | 3.21 | | 3.217 |
| 527 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 12:36: | | 02/02/2023 04:23: | | | 3.79 | | 3.783 |
| 528 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 08:13: | | 02/07/2023 11:55: | | | 3.7 | | 3.7 |
| 529 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 12:28: | | 02/07/2023 04:30: | | | 4 | | 4.033 |
| 530 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 08:18: | | 02/10/2023 12:08: | | | 3.84 | | 3.833 |
| 531 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 12:32: | | 02/10/2023 04:03: | | | 3.51 | | 3.517 |
| 532 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/15/2023 08:23: | | 02/15/2023 09:46: | | | 1.37 | | 1.374 |
| 533 | David M Erb | | 40539 | | I6 Assist in removal of the carpets | | Ivankovich, Steve | | 02/20/2023 08:22: | | 02/20/2023 12:13: | | | 3.84 | | 3.843 |
| 534 | David M Erb | | 40539 | | I6 Assist in removal of the carpets | | Ivankovich, Steve | | 02/20/2023 12:34: | | 02/21/2023 02:38: | | | 26.06 | | 26.059 |
| 535 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/22/2023 08:30: | | 02/22/2023 11:59: | | | 3.48 | | 3.483 |
| 536 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/22/2023 12:31: | | 02/22/2023 04:17: | | | 3.75 | | 3.752 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 537 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/23/2023 12:33: | | 02/23/2023 02:22: | | | 1.82 | | 1.817 |
| 538 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/28/2023 10:51: | | 02/28/2023 12:00: | | | 1.15 | | 1.147 |
| 539 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/28/2023 12:33: | | 02/28/2023 05:22: | | | 4.83 | | 4.831 |
| 540 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/01/2023 09:10: | | 03/01/2023 12:06: | | | 2.93 | | 2.93 |
| 541 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/01/2023 12:34: | | 03/01/2023 04:19: | | | 3.75 | | 3.75 |
| 542 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/02/2023 08:12: | | 03/02/2023 12:00: | | | 3.8 | | 3.803 |
| 543 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/02/2023 12:30: | | 03/02/2023 04:11: | | | 3.68 | | 3.682 |
| 544 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/06/2023 08:23: | | 03/06/2023 12:18: | | | 3.91 | | 3.91 |
| 545 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/06/2023 01:03: | | 03/06/2023 04:37: | | | 3.56 | | 3.557 |
| 546 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/07/2023 09:19: | | 03/07/2023 12:04: | | | 2.75 | | 2.747 |
| 547 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/07/2023 12:35: | | 03/07/2023 04:45: | | | 4.17 | | 4.169 |
| 548 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/08/2023 08:09: | | 03/08/2023 12:30: | | | 4.34 | | 4.344 |
| 549 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/08/2023 01:01: | | 03/08/2023 04:22: | | | 3.34 | | 3.342 |
| 550 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/09/2023 08:24: | | 03/09/2023 11:58: | | | 3.55 | | 3.551 |
| 551 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/09/2023 12:30: | | 03/09/2023 04:46: | | | 4.27 | | 4.269 |
| 552 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/10/2023 08:16: | | 03/10/2023 11:59: | | | 3.71 | | 3.707 |
| 553 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/10/2023 12:30: | | 03/10/2023 04:24: | | | 3.9 | | 3.903 |
| 554 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 08:00:01.125 | | 01/10/2023 11:58:48.288 | | | | | 3.98 |
| 555 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 04:33:10.174 | | 01/10/2023 04:33:38.974 | | | | | 4.00 |
| 556 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/11/2023 08:00:03.701 | | 01/11/2023 03:45:03.701 | | | | | 7.75 |
| 557 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/12/2023 08:06:24.507 | | 01/12/2023 11:59:49.225 | | | | | 3.89 |
| 558 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/12/2023 12:32:28.168 | | 01/12/2023 04:26:00.907 | | | | | 3.892 |
| 559 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 08:01:24.635 | | 01/13/2023 12:01:01.959 | | | | | 3.994 |
| 560 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 12:31:59.709 | | 01/13/2023 04:42:29.698 | | | | | 4.175 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 561 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 08:03:53.753 | | 01/17/2023 11:55:04.438 | | | | | 3.853 |
| 562 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 12:34:44.172 | | 01/17/2023 04:31:50.890 | | | | | 3.952 |
| 563 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 08:05:38.891 | | 01/18/2023 12:10:38.579 | | | | | 4.083 |
| 564 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/19/2023 08:05:48.179 | | 01/19/2023 12:02:12.150 | | | | | 3.94 |
| 565 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/19/2023 04:24:07.028 | | 01/19/2023 04:24:29.196 | | | | | 4.00 |
| 566 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/20/2023 08:05:11.357 | | 01/20/2023 11:56:02.756 | | | | | 3.848 |
| 567 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/23/2023 08:02:50.208 | | 01/23/2023 11:58:23.414 | | | | | 3.926 |
| 568 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/23/2023 04:23:03.296 | | 01/23/2023 04:23:26.457 | | | | | 4.00 |
| 569 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/24/2023 07:45:18.756 | | 01/24/2023 04:00:40.701 | | | | | 8.256 |
| 570 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/25/2023 09:30:58.887 | | 01/25/2023 04:00:40.566 | | | | | 6.495 |
| 571 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/26/2023 08:30:19.154 | | 01/26/2023 04:31:53.180 | | | | | 8.026 |
| 572 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/27/2023 08:03:30.135 | | 01/27/2023 03:50:33.533 | | | | | 7.784 |
| 573 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/30/2023 08:08:23.074 | | 01/30/2023 04:01:29.369 | | | | | 7.885 |
| 574 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/31/2023 08:05:11.423 | | 01/31/2023 04:00:26.636 | | | | | 7.921 |
| 575 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/01/2023 08:09:27.598 | | 02/01/2023 04:00:48.551 | | | | | 7.856 |
| 576 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 08:00:14.053 | | 02/02/2023 04:00:34.103 | | | | | 8.006 |
| 577 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/06/2023 08:06:25.512 | | 02/06/2023 04:00:25.512 | | | | | 7.9 |
| 578 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 08:04:50.885 | | 02/07/2023 03:45:27.179 | | | | | 7.677 |
| 579 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 08:03:29.878 | | 02/10/2023 03:36:08.689 | | | | | 7.544 |
| 580 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/02/2023 08:00:00.000 | | 01/02/2023 04:00:00.000 | | | | | 8 |
| 581 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/03/2023 08:00:00.000 | | 01/03/2023 04:00:00.000 | | | | | 8 |
| 582 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/04/2023 08:00:00.000 | | 01/04/2023 04:00:00.000 | | | | | 8 |
| 583 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/09/2023 08:03:21.154 | | 01/09/2023 12:00:21.154 | | | | | 3.95 |
| 584 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/09/2023 12:30:23.880 | | 01/09/2023 04:29:55.559 | | | | | 3.992 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 585 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/10/2023 08:00:01.125 | | 01/10/2023 11:58:48.288 | | | | | 3.98 |
| 586 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/10/2023 04:33:10.174 | | 01/10/2023 04:33:38.974 | | | | | 0.008 |
| 587 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/11/2023 08:00:03.701 | | 01/11/2023 03:45:03.701 | | | | | 7.75 |
| 588 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/17/2023 08:03:53.753 | | 01/17/2023 11:55:04.438 | | | | | 3.853 |
| 589 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/17/2023 12:34:44.172 | | 01/17/2023 04:31:50.890 | | | | | 3.952 |
| 590 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/26/2023 08:30:19.154 | | 01/26/2023 04:31:53.180 | | | | | 8.026 |
| 591 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/02/2023 08:00:14.053 | | 02/02/2023 04:00:34.103 | | | | | 8.006 |
| 592 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/07/2023 08:04:50.885 | | 02/07/2023 03:45:27.179 | | | | | 7.677 |
| 593 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/10/2023 08:03:29.878 | | 02/10/2023 03:36:08.689 | | | | | 7.544 |
| 594 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/15/2023 08:22:22.435 | | 02/15/2023 04:00:22.435 | | | | | 7.633 |
| 595 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/20/2023 08:04:58.244 | | 02/20/2023 03:48:33.746 | | | | | 7.726 |
| 596 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/22/2023 08:05:37.552 | | 02/22/2023 03:45:37.451 | | | | | 7.667 |
| 597 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/23/2023 09:10:39.576 | | 02/23/2023 04:00:39.576 | | | | | 6.833 |
| 598 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/01/2023 08:52:14.423 | | 03/01/2023 04:00:34.340 | | | | | 7.139 |
| 599 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/02/2023 08:02:58.995 | | 03/02/2023 03:45:46.819 | | | | | 7.713 |
| 600 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/06/2023 08:11:44.392 | | 03/06/2023 04:13:52.527 | | | | | 8.036 |
| 601 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/07/2023 07:59:20.047 | | 03/07/2023 04:11:16.787 | | | | | 8.199 |
| 602 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/08/2023 08:07:56.281 | | 03/08/2023 04:00:26.254 | | | | | 7.875 |
| 603 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/09/2023 08:10:48.771 | | 03/09/2023 04:22:40.145 | | | | | 8.198 |
| 604 | David M Erb | 40590 | 40539 | | *A20. Remove all Kamewa | | | | 01/05/2023 12:33:40.144 | | 01/05/2023 04:30:23.732 | | | | | 3.945 |
| 605 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/06/2023 08:02:34.194 | | 01/06/2023 12:01:24.859 | | | | | 3.981 |
| 606 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/06/2023 12:34:22.977 | | 01/06/2023 04:27:14.010 | | | | | 3.881 |

Starboard YACHT GROUP

850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

# Repair Order
## Internal Invoice

**Doc Number:** 40590
**Service Writer:**
**Date Printed:** 08/24/2023
**Date In:** 06/10/2022

Contessa Marine Research, LLC
382 NE 191st Street, Suite 98646
Miami, Florida 33179

**Customer Information**
**Cell Phone:** 561-313-4922
**Email:** yachtserviceintl@gmail.com

**Unit** 2022 Hessen Octopussy **Color:** **Keyboard:**
**VIN/HIN/Serial No:** **Stock #:**Ivankovich - Octopussy **Odom/Hrs:**0

**Redesign and Reposition Exhaust System -Remove Existing Exhaust**

**Description:** Waiting on engine room Final design (Bas) then we will Quote the exhaust. Removed old exhaust to prep for engine removal and transom hull removal. Ro closed out

Removed Old exhaust system out of the vessel to gain access to the kamewa intermediate bearing and prepare for better access to remove the gears and main engines.

**Resolution:** Joe approved SYG's Time & Material proposal to remove the equipment. SYG and the crew removed equipment and procured/provided tools and materials as needed.

**Recommend:** In preparation for the new engine room design based on equipment selection, it was recommended that the exhaust start to be removed.

**Labor**

| Description |
|---|
| Removal of all engine room equipment |
| Remove engine room equipment |
| Cut free and rig main |
| Removal of all main engine |
| Removal of all main engine |
| Removal of all engine room |

| | |
|---|---|
| Labor Subtotal | $23,480.00 |
| Shop Supplies | $400.00 |
| WC Fees 3% | $704.40 |
| Job Subtotal | $24,584.40 |

Approve: ☑ Decline: ☐

| | |
|---|---|
| All Jobs Subtotal: | $24,584.40 |
| Tax: | $0.00 |
| Total: | $0.00 |
| Less Deposits: | $0.00 |
| Total Due: | $0.00 |

Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | TOTAL LABOR HOURS FOR REPAIR ORDER SELECTED | | | | | | | | | | 207.59 |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 205 | lpalmer | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 8.00 | | 8.00 |
| 206 | lpalmer | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 | | 12/20/2022 | | | 3.00 | | 3.00 |
| 362 | Franklin Arias-Paulino | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 07:53:37.393 | | 12/20/2022 04:38:36.144 | | | | | 8.75 |
| 391 | dritz | | 40590 | | P44: Removal of all engine room | | Ivankovich, Steve | | 12/13/2022 | | 12/13/2022 | | | 8.00 | | 8.00 |
| 441 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 8:45 | | 1/5/2023 8:45 | | | 0.00 | | 0.00 |
| 444 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 12:34 | | 1/5/2023 4:20 | | | 3.76 | | 3.77 |
| 447 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/6/2023 12:35 | | 1/6/2023 4:03 | | | 3.47 | | 3.47 |
| 453 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/13/2023 10:10 | | 1/13/2023 10:10 | | | 0.00 | | 0.00 |
| 455 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/13/2023 12:37 | | 1/13/2023 4:28 | | | 3.84 | | 3.85 |
| 457 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/18/2023 12:43 | | 1/18/2023 1:17 | | | 0.58 | | 0.57 |
| 607 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 08:45: | | 01/05/2023 08:45: | | | 0 | | 0 |
| 608 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:34: | | 01/05/2023 04:20: | | | 3.76 | | 3.767 |
| 609 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/06/2023 12:35: | | 01/06/2023 04:03: | | | 3.47 | | 3.467 |
| 610 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/13/2023 10:10: | | 01/13/2023 10:10: | | | 0 | | 0 |
| 611 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/13/2023 12:37: | | 01/13/2023 04:28: | | | 3.84 | | 3.85 |
| 612 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/18/2023 12:43: | | 01/18/2023 01:17: | | | 0.58 | | 0.567 |
| 613 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 01:19: | | 01/18/2023 04:19: | | | 3 | | 3 |
| 614 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 08:00:17.894 | | 01/05/2023 12:02:06.453 | | | | | 4.03 |
| 615 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/14/2023 08:05:19.821 | | 02/14/2023 04:00:00.659 | | | | | 7.911 |
| 616 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/15/2023 08:22:22.435 | | 02/15/2023 04:00:22.435 | | | | | 7.633 |
| 617 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/17/2023 08:04:06.638 | | 02/17/2023 04:00:18.568 | | | | | 7.937 |

See 40537

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 618 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/20/2023 08:04:58.244 | | 02/20/2023 03:48:33.746 | | | | | 7.726 |
| 619 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/22/2023 08:05:37.552 | | 02/22/2023 03:45:37.451 | | | | | 7.667 |
| 620 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/23/2023 09:10:39.576 | | 02/23/2023 04:00:39.576 | | | | | 6.833 |
| 621 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/24/2023 08:00:00.000 | | 02/24/2023 04:00:00.000 | | | | | 8 |
| 622 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/27/2023 08:00:08.876 | | 02/27/2023 04:00:10.444 | | | | | 4.00 |
| 623 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/28/2023 08:25:34.780 | | 02/28/2023 04:00:13.883 | | | | | 7.577 |
| 624 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/01/2023 08:52:14.423 | | 03/01/2023 04:00:34.340 | | | | | 7.139 |
| 625 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/02/2023 08:02:58.995 | | 03/02/2023 03:45:46.819 | | | | | 7.713 |
| 626 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/06/2023 08:11:44.392 | | 03/06/2023 04:13:52.527 | | | | | 8.036 |
| 627 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/07/2023 07:59:20.047 | | 03/07/2023 04:11:16.787 | | | | | 8.199 |
| 628 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/08/2023 08:07:56.281 | | 03/08/2023 04:00:26.254 | | | | | 7.875 |
| 629 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/09/2023 08:10:48.771 | | 03/09/2023 04:22:40.145 | | | | | 8.198 |
| 630 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/10/2023 08:12:48.584 | | 03/10/2023 04:00:21.367 | | | | | 7.792 |
| 631 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/13/2023 10:22:25.131 | | 03/13/2023 04:00:11.666 | | | | | 5.63 |
| 632 | David M Erb | | 40590 | | *A10: Replace and reposition | | Ivankovich, Steve | | 03/14/2023 08:00:18.611 | | 03/14/2023 04:00:33.296 | | | | | 8.004 |
| 633 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 08:05:38.891 | | 01/18/2023 12:10:38.579 | | | | | 4.083 |
| 1434 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/13/2022 01:15: | | 12/13/2022 04:35: | | | 3.33 | | 3.333 |
| 1435 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 08:25: | | 01/05/2023 12:27: | | | 4.04 | | 4.033 |
| 1436 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:59: | | 01/05/2023 04:39: | | | 3.67 | | 3.667 |
| 1437 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 07:46:59.081 | | 01/05/2023 12:29:21.284 | | | | | 4.706 |
| 1438 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/14/2022 08:40: | | 12/14/2022 12:19: | | | 3.65 | | 3.65 |
| 1439 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:55:00.847 | | 01/05/2023 04:40:29.930 | | | | | 3.758 |
| 1440 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/14/2022 07:54:06.158 | | 12/14/2022 12:21:11.731 | | | | | 4.452 |
| 1441 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 12/13/2022 | | 12/13/2022 | | | 3.33 | | 3.33 |

## Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 1466 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 8:25 | | 1/5/2023 12:27 | | | 4.04 | | 4.03 |
| 1467 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 12:59 | | 1/5/2023 4:39 | | | 3.67 | | 3.67 |
| 1482 | | | | | | | | | | | | | | | | |