UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP, LLC,
a Florida Limited Liability Company,

    Plaintiff, Counter-Defendant

v.

M/V OCTOPUSSY, a 1988 Heesen built
143-ft Motor yacht, Registry No. JMP15060
her engines, tackle, boats, gear,
appurtenances, etc., *in rem*, and CONTESSA
MARINE RESEARCH LLC, a Delaware
Limited Liability company, *in personam*,

    Defendants/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN, individually,

    Counter-Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants Octopussy and Contessa's ("Defendants") Motion to Dismiss SYG's In Rem Claim for Failure to Post Counter Security and for Release of Security (DE [67]). In that Motion, Defendants informed the Court that Plaintiff Starboard Yacht Group, LLC ("SYG") has failed to comply with the Court's March 21, 2024 Order requiring SYG to post $400,000 countersecurity by April 22, 2024. Accordingly, it is hereby

**ORDERED AND ADJUDGED** SYG shall, **by April 30, 2024 at 5:00 PM,** post the countersecurity or show cause as to why it has not timely done so. *The failure to do so will result in dismissal of SYG's in rem claim against M/V Octopussy without prejudice*

*and the release of Contessa's posted security without further warning.*

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of April 2024.

                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF