# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 04/19/2024

| PRODUCER | |
|---|---|
| SOUTHEAST INSURANCE GROUP<br>2665 SOUTH BAYSHORE DRIVE, STE 1001<br>COCONUT GROVE, FL 33133<br>PHONE: (305) 442-1500 | Serial # 165194 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC# |
|---|---|
| INSURER A: XL SPECIALTY INSURANCE COMPANY | |
| INSURER B: AMERICAN EQUITY | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**INSURED**
STARBOARD YACHT GROUP, LLC
850 NE 3RD STREET, SUITE 208
DANIA BEACH, FL 33004

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR<br>X BOAT DEALERS<br>X SIP REPAIRERS LL<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PROJECT ☐ LOC | UM00075515MA24A<br>WAIVER OF SUBROGATION | 04/03/2024 | 04/03/2025 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>SHIPREPAIRERS | $ 1,000,000<br>$ 50,000<br>$ 10,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000<br>1,000,000 |
| | | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$ |
| | | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$<br>$ |
| A | | **EXCESS/UMBRELLA LIABILITY**<br>X OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE<br>☐ RETENTION $ | UM00076449MA24A<br>FOLLOW FORM OVER MGL, EL POLICIES | 04/03/2024 | 04/03/2025 | EACH OCCURRENCE<br>AGGREGATE | $ 2,000,000<br>$ 2,000,000<br>$<br>$<br>$ |
| B | | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | ALMA 02652-04<br>INCLUDES USL&H<br>WAIVER OF SUBROGATION | 04/03/24 | 04/03/25 | X WC STATUTORY LIMITS ☐ OTHER<br>EL EACH ACCIDENT<br>EL DISEASE - EA EMPLOYEE<br>EL DISEASE - POLICY LIMIT | $ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

BOAT DEALERS INSURANCE: PROTECTION & INDEMNITY LIMIT $3,000,000
VESSELS INSURED; 2005 -28FT PURSUIT 287 & 2008 -35 FT EVERGLADES LX

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE 13459<br>ROBERT J. PERES |

ACORD 25 (2001/08)  © ACORD CORPORATION 1988

**EXHIBIT B**