UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP, LLC,
a Florida Limited Liability Company,

    Plaintiff, Counter-Defendant

v.

M/V OCTOPUSSY, a 1988 Heesen built
143-ft Motor yacht, Registry No. JMP15060
her engines, tackle, boats, gear,
appurtenances, etc., *in rem*, and CONTESSA
MARINE RESEARCH LLC, a Delaware
Limited Liability company, *in personam*,

    Defendants/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN, individually,

    Counter-Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants Octopussy and Contessa's ("Defendants") Motion to Dismiss SYG's In Rem Claim for Failure to Post Counter Security and for Release of Security (DE [67]). In that Motion, Defendants informed the Court that Plaintiff Starboard Yacht Group, LLC ("SYG") has failed to comply with the Court's March 21, 2024 Order requiring SYG to post $400,000 countersecurity by April 22, 2024. On April 30, 2024, in a response to an Order to Show Cause, SYG explained that it needs more time to secure the loan to post as countersecurity. The Court appreciates SYG's delays in securing a loan for the countersecurity, but it is incumbent upon the parties to promptly inform the Court of these delays instead of making its own assumptions about Court-imposed timelines. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants Motion to Dismiss (DE [67]) is **DENIED.** SYG has **thirty-five (35) days from entry of this order,** to post the counter-security. If SYG continues to face delays with securing the loan, it is to file a status report with the Court informing the Court of these delays before its countersecurity is due. *Failure to comply with this order may result in a dismissal SYG's in rem claim against M/V Octopussy without prejudice.*

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of May 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF