IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-cv-61696-SINGHAL/VALLE

STARBOARD YACHT GROUP LLC,

    Plaintiff/Counter-Defendant,

vs.

M/V OCTOPUSSY a 1988 Heesen built 143-ft motor yacht,
Registry No: JMP15060 her engines, tackle, boats, gear,
Seakeepers, appurtenances etc., *in rem*, and
Contessa Marine Research LLC, *in personam*,

    Defendants/Counter-Plaintiff
_____/

SHM LMC, d/b/a Lauderdale Marine Center,

    Intervening Plaintiff,

vs.

M/V OCTOPUSSY, a 1988 Heesen built 143-ft. motor yacht, Jamaica
Registry No. JMP15060 her engines, tackle, boats, gear, Seakeepers,
appurtenances, etc. *in rem*, $400,000 held as security in escrow
for the release of the M/V OCTOPUSSY, *in rem*, and
CONTESSA MARINE RESEARCH LLC, *in personam*

    Defendants.
_____/

### JOINT MEDIATION REPORT AND RESPONSE TO ORDER TO SHOW CAUSE IN ACCORDANCE WITH [DE 52] AND [DE 102]

COME NOW the Parties, Plaintiff/Counter-Defendant, Starboard Yacht Group LLC and Counter-Defendant Charles Stratmann, Defendant/Counter-Plaintiff, vessel M/V OCTOPUSSY, Defendant/Counter-Plaintiff, Contessa Marine Research LLC and Intervening Plaintiff SHM LMC, d/b/a Lauderdale Marine Center, (collectively "Parties"), and pursuant to this Court's Orders entered at [DE 52] and [DE 102], hereby file this Joint Mediation Report and Response to the Court's Order to Show Cause and state:

1. The Parties hereby file this Mediation Report in accordance with [DE 52] and this Court's Order entered at [DE 102].

2. Pursuant to this Court's Scheduling Order entered at [DE 81] mediation must be completed, and the Parties must file a mediation report by August 1, 2024.

3. The mediation Scheduled for June 26, 2024 had to be rescheduled due to scheduling conflicts of the Parties and is rescheduled for July 24, 2024 at 2:00 p.m., with mediator Michael P. Essington.

Dated: July 5, 2024                                             Respectfully submitted,

| | |
|---|---|
| s/*Matthew J. Valcourt* <br> Florida Bar No. 0088791 <br> VALCOURT AND ASSOCIATES LLC <br> 850 NE Third Street Ste 208 <br> Dania FL 33004 <br> Telephone: (305) 763-2891 <br> mvalcourt@valcourtlaw.com <br> *Attorney for Starboard Yacht Group LLC and Charles Stratmann* | s/*Caycie Flitman* <br> Florida Bar No. 55826 <br> Michael T. Moore <br> Florida Bar No. 207845 <br> MOORE & COMPANY, P.A. <br> 255 Aragon Avenue, Third Floor <br> Coral Gables, Florida 33134 <br> Telephone: (786) 221-0600 <br> michael@moore-and-co.com <br> cflitman@moore-and-co.com <br> *Attorneys for vessel M/V OCTOPUSSY and Contessa Marine Research LLC* |
| s/*Lydia S.Zbrzeznj* <br> Florida Bar No. 98181 <br> Nicholas T. Zbrzeznj <br> Florida Bar No. 98180 <br> SOUTHERN ATLANTIC LAW GROUP, PLLC <br> 290 First Street S. <br> Winter Haven, Florida 33880 <br> Telephone: (863) 656-6672 <br> lydia@southernatlanticlaw.com <br> nick@southernatlanticlaw.com <br> pleadings@southernatlanticlaw.com <br> mark@southernatlanticlaw.com <br> kara@southernatlanticlaw.com <br> *Attorneys/Co-counsel for Starboard Yacht Group LLC* | s/ *Farris J. Martin III* <br> Florida Bar No. 879916 <br> James W. Stroup <br> Florida Bar No. 842117 <br> STROUP & MARTIN, P.A. <br> 119 Southeast 12th Street <br> Fort Lauderdale, Florida 33316 <br> Telephone: (954) 462-8808 <br> fmartin@strouplaw.com <br> jstroup@strouplaw.com <br> *Attorneys for SHM LMC* |

## **CERTIFICATE OF SERVICE**

We hereby certify that on July 5, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Caycie Flitman*
Caycie Flitman, Esq.