On 26 May 2022, at 23:32, Jake Stratmann <jake@starboardyacht.com> wrote:

Frank,

I sent intended to you yesterday in case you didn't receive it.

See below, was sent to Info@mulderdesign.nl

Respectfully,

**Respectfully,**

***Jake Stratmann***
**CEO**

<image001.png>
  <image002.png>
***Starboard Yacht Group***

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*
 <image003.png>  <image004.jpg>    <image005.png>  <image006.jpg>
<image007.jpg>  <image008.png>   <image009.png>  <image010.jpg>

**From:** Jake Stratmann
**Sent:** Wednesday, May 25, 2022 9:58 PM
**To:** Frank Mulder (info@mulderdesign.nl) <info@mulderdesign.nl>
**Subject:** Starboard Yacht Group / Intro / Octopussy / Rick Thomas

Frank Mulder,

I hope this email finds you doing well.   I know your time is of value


EXHIBIT
3

and I have no intention of wasting it. ==I'm writing representing the best interest of Octopussy and the current owner in collaboration with my Team== as we specialize in innovative products and technology refits here in Fort Lauderdale Florida and our vision is to upgrade vessel to better than new through proper engineering, design and planning of our brand partners for the ultimate yachting experience.

I understand the US has little history compared to the deep-rooted industry you've built and have emersed into in Holland; however, people love Florida and Boats follow. I've been involved with Octopussy starting in 2011 directly and indirectly as my employee quit my firm as a friend to onboard the refit from 2010ish to 2013ish and have much knowledge of the vessel. Our current Engineer Jeff Vrana was onboard a Sea trial in the Late 80s and is intimately familiar with the vessel and it's ship systems. We all know the Iconic history and we need your help as we evaluate the best plan to move forward to preserve the vessels roots, repair bad past decisions and outfit the vessel with an intention to provide the ultimate yachting experience for the new owners and guests.

I have been collaborating with Rick Thomas who should be reaching out to make this introduction; however, I'm impatient and hope this email is well received. I discussed a consulting agreement with the owners and am open to an alternative option you can provide to engage as it's my understanding you provided plans for a modification done apox 4 years ago by All Points and I'm currently awaiting the 3d Scan sent to Rick today to share with you in hopes you can provide support to complete the entire hull model using your existing plans into a Rhino file for collaboration and evaluation. During haul out, I requested the waterline to be well identified and it is my hope Murry and Associates who performed the scans can detail this on the drawings or we can obtain this with the vessel currently in the water and provide the necessary tank capacities to a level of confidence that can be relied upon for purposes of making equipment selection and predictions.

You would be the best to advise how we can obtain the hull drawings efficiently for the analysis by Johan Huber who is standing by from Voith Linear Jets Products to evaluate and provide a possible alternative solution vs continued ties with Kongsberg for parts, support and going down the Kamewa repair process to make the original system ready and fit for the owner intended use.

If you have time in your schedule, I'd like to introduce you to my team via zoom and see how best we can be of mutual benefit to each other, Octopussy and the new vessel Owners Steve and JOe.

Look forward to your reply.

Respectfully,

**Respectfully,**

*Jake Stratmann*
**CEO**

\<image001.png\>
 \<image002.png\>
*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*
 \<image003.png\> \<image004.jpg\>    \<image005.png\>
 \<image006.jpg\>
\<image007.jpg\> \<image008.png\>   \<image009.png\>  \<image010.jpg\>