Starboard YACHT GROUP
850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

# Repair Order
## Internal Invoice

**Doc Number:** 40541
**Service Writer:**
**Date Printed:** 08/11/2023
**Date In:** 06/10/2022

**Contessa Marine Research, LLC**
**382 NE 191st Street, Suite 98646**
**Miami, Florida 33179**

**Customer Information**
**Cell Phone:** 561-313-4922
**Email:** yachtserviceintl@gmail.com

**Unit** **2022 Hessen Octopussy** **Color:** **Keyboard:**
**VIN/HIN/Serial No:** **Stock #:**Ivankovich - Octopussy **Odom/Hrs:**0

**Helm Station Interior - Compile and 3D scan 10 files combined into one - received by Norbert,**

**Description:** Steve and Joe Authorized the 3D technical drawings and authorized the designs. Compile data and used all 3D measurements to manufacture the approved dash design.

Template dash design and make new covering to load new gauges in CAD. Organize removal of all old equipment and open for contractors to run new equipment

Complete Dash Board Completed the displacement calculation for a lightship survey. Did Displacement calculation design and technical 3D drawings for Quotations. The design was accepted by the owner

**Resolution:** Steve and Joe authorized the 3D technical drawing to be created by SYG Naval Architects.

**Recommend:** To redesign the dash in the helm, 3D technical drawings should be created.

**Labor**

| Description |
|---|
| Redesign the dashboard with new mtu throttles and monitoring system equipmen |
| Redesign the dashboard with new mtu throttles and monitoring system equipmen |

| | |
|---|---|
| **Labor Subtotal** | **$31,500.00** |
| **Shop Supplies** | **$400.00** |
| **WC Fees 3%** | **$945.00** |
| **Job Subtotal** | **$32,845.00** |

**Approve:** ☑ **Decline:** ☐

| | |
|---|---|
| **All Jobs Subtotal:** | **$32,845.00** |
| **Tax:** | **$0.00** |
| **Total:** | **$0.00** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$0.00** |