Advanced Mechanical Enterprises, Inc.

Tel. 954 764 2678
Fax. 954 527 0338
217 S.W. 28th St.

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/10/2023 | 12044 |

PAID 03/09/2023

**Bill To**

Starboard Yacht Group
C/O MY Octopussy
850 NE 3rd Street Suite 208
Dania Florida 33004

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 40200-A20 | Upon Receipt | 12507 SKF Couplin... |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| M/Y "OCTOPUSSY" 143' Heesen 1988 - Release SKF Shaft Couplings | | | |
| | | | |
| Wednesday, January 25th, 2023 through Thursday, January 26th, 2023 | | | |
| | | | |
| WORK COMPLETED:<br>* Prepared for job<br>* Attended vessel<br>* Released SKF coupling (Hydraulic) using SKF pneumatic pump (Port, starboard, and center couplings | | | |
| | | | |
| LABOR | | | |
| Service Technician - 8-Hour Daily Rate (Two Men Four Hours Each) | 1 | 960.00 | 960.00 |
| Service Technician - Hourly Rate (Additional time needed to complete job) | 0.5 | 120.00 | 60.00 |
| Subtotal - Labor | | | 1,020.00 |
| | | | |
| EQUIPMENT | | | |
| SKF High Pressure Pump (1 Day) | 1 | 160.00 | 160.00 |
| Subtotal - EQUIPMENT | | | 160.00 |
| Courtesy Discount: SKF High Pressure Pump (1 Day) | | -160.00 | -160.00 |
| | | | |
| Subtotal - Complete Job | | | 1,020.00 |

Thank you for your business.

| | |
| --- | --- |
| **Subtotal** | |
| **Sales Tax (7.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Advanced Mechanical Enterprises, Inc.

Tel. 954 764 2678
Fax. 954 527 0338
217 S.W. 28th St.

# Invoice

| Date | Invoice # |
|---|---|
| 2/10/2023 | 12044 |

PAID 03/09/2023

| Bill To |
|---|
| Starboard Yacht Group<br>C/O MY Octopussy<br>850 NE 3rd Street Suite 208<br>Dania Florida 33004 |

| P.O. No. | Terms | Project |
|---|---|---|
| 40200-A20 | Upon Receipt | 12507 SKF Couplin... |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| General Liability, Umbrella, and US L&H Workers' Compensation Insurance Surcharge | | 4.50% | 45.90 |
| Credit from Deposit paid on Postponed Hull Target for "Lucky Life" (CC #: 9581: 2/22/23) | | -1,035.00 | -1,035.00 |
| Credit Card Convenience Fee for Deposit on Lucky Life Hull Target issued as credit to Octopussy (2/22/23) | | 31.05 | 31.05 |
| Credit Card Convenience Fee (For Payment of Invoice Balance on 3/9/23) | | 1.86 | 1.86 |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $63.81 |
| **Sales Tax (7.0%)** | $0.00 |
| **Total** | $63.81 |
| **Payments/Credits** | -$63.81 |
| **Balance Due** | $0.00 |