# Chart of CMR Redacted Documents

| Bates Range | Issue with Redaction | Requested Cure |
|---|---|---|
| **CON 007334–CON 007334** | Single-page placeholder; no substance | Produce unredacted doc or add to privilege log with basis (FRCP 26(b)(5)(A)) |
| **CON 007276–CON 007285** | 10 pages minimal/blank | Reproduce natives; log any redactions per 26(b)(5)(A) |
| **CON 007286–CON 007320** | Large set with missing fields/images | Produce full schedules; identify custodian/date range |
| **CON 007321–CON 007326** | Attachments referenced but absent | Produce attachments in native; Bates-cross reference |
| **CON 007327–CON 007333** | Selective disclosure | Produce spreadsheets or log with specificity |
| **CON 007335–CON 007337** | Partial content; omissions | Produce unredacted or privilege log entry |
| **CON 007338–CON 007341** | Partial thread; image placeholders | Produce native attachments; identify custodian |
| **CON 007342–CON 007345** | Missing invoices/quotes | Produce missing files or log |
| **CON 000001–CON 000003** | References to absent schedules | Produce attachments; Bates link to parent email |
| **CON 000004–CON 000010** | Heavy redactions | Serve detailed privilege log; redact narrowly |