# EXHIBIT "1"

**From:** Phillip Hutchinson <phillip@hutchlawfirm.com>
**Sent:** Thursday, September 4, 2025 4:05 PM
**To:** james.rogers@akerman.com; CFlitman@moore-and-co.com
**Cc:** James W. Stroup; Farris J. Martin; sean.cichowski@akerman.com; martha.saenz@akerman.com; SMallet@moore-and-co.com
**Subject:** Re: SYG v. Octopussy: Order Requiring Conference

I have no position with respect to your forthcoming motion.

---

**From:** james.rogers@akerman.com <james.rogers@akerman.com>
**Sent:** Thursday, September 4, 2025 3:55 PM
**To:** CFlitman@moore-and-co.com <CFlitman@moore-and-co.com>; Phillip Hutchinson <phillip@hutchlawfirm.com>
**Cc:** jstroup@strouplaw.com <jstroup@strouplaw.com>; fmartin@strouplaw.com <fmartin@strouplaw.com>; sean.cichowski@akerman.com <sean.cichowski@akerman.com>; martha.saenz@akerman.com <martha.saenz@akerman.com>; SMallet@moore-and-co.com <SMallet@moore-and-co.com>
**Subject:** RE: SYG v. Octopussy: Order Requiring Conference

Thank you, Ms. Flitman.

Mr. Hutchinson, please advise and thanks again.

Cheers,

**James Rogers**
Partner
Akerman LLP | 1300 Post Oak Boulevard, Suite 2300 | Houston, TX 77056
D: 713 968 3861
james.rogers@akerman.com

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, September 3, 2025 1:53 PM
**To:** Rogers, James (Ptnr-Hou) <james.rogers@akerman.com>; phillip@hutchlawfirm.com
**Cc:** jstroup@strouplaw.com; fmartin@strouplaw.com; Cichowski, Sean (Ptnr-Hou) <sean.cichowski@akerman.com>; Saenz, Martha (LAA-Hou) <martha.saenz@akerman.com>; Susan Mallet <SMallet@moore-and-co.com>
**Subject:** RE: SYG v. Octopussy: Order Requiring Conference

**[External to Akerman]**

Mr. Rogers,
Thank you for your message. The parties have already met and conferred in person pursuant to the Court's Order; there was no need for LMC's participation in that meeting.
With respect to your forthcoming motion, Contessa takes no position on the Motion to Enforce the Settlement Agreement as it does not involve Contessa.
Best,
Caycie

1

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** james.rogers@akerman.com <james.rogers@akerman.com>
**Sent:** Wednesday, September 3, 2025 2:48 PM
**To:** phillip@hutchlawfirm.com; Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** jstroup@strouplaw.com; fmartin@strouplaw.com; sean.cichowski@akerman.com; martha.saenz@akerman.com
**Subject:** SYG v. Octopussy: Order Requiring Conference

Ms. Flitman & Mr. Hutchinson,

Good afternoon. We are in receipt of the Court's Order ordering counsel to confer. We are no longer actually parties to this case given our settlement and subsequent dismissal, and we therefore don't have any position on the Motion for Extension or current discovery disputes. That said, we are happy to attend and participate in your conference to the extent you all would like. Please let us know, and if so please let us know when and where you all intend to meet.

To that end, we intend to refile our Motion to Enforce the Settlement Agreement. We conferred with SYG on that issue twice more since the Court's Order and understand they are opposed, but please let us know if either of you would like to discuss that before we refile.

Many thanks,

**James Rogers**
Partner
Akerman LLP | 1300 Post Oak Boulevard, Suite 2300 | Houston, TX 77056
D: 713 968 3861
james.rogers@akerman.com

vCard | Profile

**From:** Phillip Hutchinson <phillip@hutchlawfirm.com>
**Date:** August 20, 2025 at 3:29:44 PM CDT
**To:** "Rogers, James (Ptnr-Hou)" <james.rogers@akerman.com>
**Subject: Re: Are you joining our call?**

**[External to Akerman]**

I have to head to another meeting that I am late for. If you are interested I can give you an update as to the case. We are running into all sorts of deadline issues, so . . . Not sure how the District Judge is going to view any changes to the parties and schedule. This is a lot of spaghetti to untangle.

But the short answer is my client does not have the funds to fulfill the settlement as of this correspondence.

---

**From:** james.rogers@akerman.com <james.rogers@akerman.com>
**Sent:** Wednesday, August 20, 2025 4:02 PM
**To:** Phillip Hutchinson <phillip@hutchlawfirm.com>
**Subject:** Are you joining our call?

Thanks!

**James Rogers**
Partner
Akerman LLP | 1300 Post Oak Boulevard, Suite 2300 | Houston, TX 77056
D: 713 968 3861
james.rogers@akerman.com


vCard | Profile

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.