UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP LLC,

    Plaintiff/Counter-Defendant,

vs.

CONTESSA MARINE RESEARCH, LLC,

    Defendant/Counter-Plaintiff,

vs.

CHARLES JAKE STRATHMANN,

    Counter-Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Phillip H. Hutchinson, Esq.'s and Hutchinson Law Firm PLLC's (collectively referred to as "Hutchinson") Motion to Withdraw as Counsel for Plaintiff Starboard Yacht Group LLC and Counter-Defendant Charles Jake Strathmann (the "Motion") (DE [245]).

The Court notes that Starboard Yacht Group LLC ("Starboard"), as an LLC, is an artificial entity that is not permitted to appear *pro se*; therefore, it must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Strathmann, as an individual, may proceed pro se if he wishes.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Hutchinson's Motion to Withdraw as Counsel is **GRANTED.**

2. Phillip H. Hutchinson, Esq. and Hutchinson Law Firm PLLC are hereby withdrawn as counsel from this case. The Clerk is directed to remove them from this case.

3. Starboard has ten (10) days from the date of this Order to retain new counsel, who must file a notice of appearance within this period.

4. Furthermore, Starboard must be represented by counsel. Accordingly, its failure to comply with this Court's order may result in possible sanctions. *See, e.g. Compania Interamericana Export-Import, S.A., v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951–52 (11th Cir. 1996) (upholding an entry of a default judgment as a proper sanction for a defendant corporation's failure to obtain counsel).

5. Starboard shall be served at the following address until it retains new counsel:

   Starboard Yacht Group, LLC
   Registered Agent: Matthew J. Valcourt
   850 NE Third Street
   Suite 208
   Dania, FL 33004

6. Strathmann shall be served at the following address until or unless he retains new counsel:

   Charles Strathmann
   850 NE Third Street
   Suite 208
   Dania, FL 33004

7. Hutchinson's request for a stay of discovery and proceedings is **DENIED**.[1]

---

[1] Starboard, Strathmann, and Contessa have all changed counsel within the past two weeks. Hutchinson represented Starboard and Strathmann for just over four months. Due to this turnover, this Court iterates to the parties the warning it gave the attorneys recently. If this litigation continues meandering and droning on, the case is in danger of reaching the unhappy result of *Jarndyce and Jarndyce*, which consumed itself in costs and provided relief to no one because there was nothing left. To avoid this ill fate, the Court expects counsel and the parties to follow the current deadlines.

**ORDERED AND ADJUDGED** that the Motion (DE [245]) is **GRANTED** in part and **DENIED** in part.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of October 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF