# EXHIBIT INDEX

**Exhibit A:**   DE 193 — Order Granting SALG's Motion to Withdraw as Counsel (March 7, 2025)

**Exhibit B:**   DE 242 — Phillip Hutchinson's Motion to Withdraw as Counsel (September 30, 2025)

**Exhibit C:**   DE 279 — Order Denying Motion for Referral to Volunteer Attorney Program (January 29, 2026)

**Exhibit D:**   Transaction Confirmation — $10,000 Sanctions Payment (DE 161), January 17, 2025 (Txn Ref. 2025011700414494)

**Exhibit E:**   Production Transmittal Email with SHA-256 Hash Verification — November 18–19, 2025 Supplemental Production (14,686 files)

**Exhibit F:**   Medical Documentation of ADHD Diagnosis (for in camera review upon Court's request)

Note: Exhibits A, B, and C are documents already on this Court's docket and are attached for the Court's convenience. Exhibit F is available for in camera review upon request and is not filed publicly to protect medical privacy.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 0:23-CV-61696-AHS

STARBOARD YACHT GROUP LLC,

    Plaintiff,

vs.

M/V OCTOPUSSY, a 1988 Heesen built 143-ft. motor yacht,
Registry No. JMP15060 her engines, tackle, boats, gear,
Seakeepers, appurtenances, etc. *in rem*, and
CONTESSA MARINE RESEARCH LLC, *in personam*

    Defendants,
_____/

SHM LMC, LLC, d/b/a Lauderdale Marine

    Center, Intervening Plaintiff,

vs.

M/V OCTOPUSSY, a 1988 Heesen built 143-ft. motor yacht,
Jamaica Registry No. JMP15060 her engines, tackle, boats,
gear, Seakeepers, appurtenances, etc. *in rem*, $400,000 held as
security in escrow
for the release of the M/V OCTOPUSSY, *in rem* and pursuant
to Rule B, and CONTESSA MARINE RESEARCH LLC, *in personam*

    Defendants,
_____/

SHM LMC, LLC, d/b/a Lauderdale Marine

    Center, Cross-Plaintiff,

vs.

STARBOARD YACHT GROUP LLC,

    Cross-Defendant.
_____/

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**THIS CAUSE** has come before this Court on Southern Atlantic Law Group, PLLC's ("SALG") Motion to Withdraw as Counsel of Record for Plaintiff/Cross-Defendant Starboard Yacht Group LLC ("SYG") (the "Motion") (DE [184]). No objections to the Motion were filed by the appropriate deadline. The Court has considered the Motion and is otherwise fully advised in the premises.

The Court notes that SYG is an artificial entity that is not permitted to appear *pro se*; therefore, it must be represented by licensed counsel at all times. *See e.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Id.*

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. SALG's Motion to Withdraw as Counsel of Record for SYG is **GRANTED.**

2. Lydia S. Zbrzeznj, Esq., Nicholas T. Zbrzeznj, Esq., and SALG are hereby withdrawn as counsel from this case effective upon filing a Notice of Compliance that this Order has been provided to SYG. The Clerk is directed to remove Lydia S. Zbrzeznj, Esq., Nicholas T. Zbrzeznj, Esq., and SALG from this case.

3. SYG has thirty (30) days from the date of this Order to retain new counsel, who must file a notice of appearance within this period.

4. Furthermore, SYG must be represented by counsel, accordingly, its failure to comply with this Court's order may result in sanctions. *See, e.g. Compania Interamericana Export-Import, S.A., v. Compania Dominicana de Aviacion*, 88

F.3d 948, 951–52 (11th Cir. 1996) (upholding an entry of a default judgment as a proper sanction for a defendant corporation's failure to obtain counsel).

5. SYG shall be served at the following address until it retains new counsel:

> Starboard Yacht Group, LLC
> c/o Charles J. Stratmann
> 850 NE 3 St
> Suite 208
> Dania Beach, FL 33004

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 0:23-CV-61696-AHS

STARBOARD YACHT GROUP LLC
a Florida Limited Liability Company,

    Plaintiff/Counter-Defendant,

vs.

CONTESSA MARINE RESEARCH, LLC, a
Delaware Limited Liability Company, *in personam*,

    Defendant/Counter-Plaintiff,

vs.

CHARLES JAKE STRATMANN, individually

    Counter-Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Michael T. Moore, Esq., Caycie Flitman, Esq., and Moore and Company, P.A., (hereinafter collectively referred to as "Moore and Co"), and file this Motion to Withdraw as Counsel of Record for Defendant/Cross-Plaintiff, Contessa Marine Research LLC ("Contessa") in the above-styled action, and in support thereof state as follows:

1. Moore and Co were retained by Contessa and entered an appearance in the above-captioned Action on or about September 11, 2023.

2. Rule 4–1.16(b) of the Rules Regulating the Florida Bar, which governs withdrawal of counsel, provides:

    (b) When Withdrawal Is Allowed. Except as stated in subdivision (c), a lawyer may withdraw from representing a client if:

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;

(2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;

(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(5) other good cause for withdrawal exists.

    3. Irreconcilable differences have recently arisen between Moore and Co and Contessa that prevent Moore and Co from being able to fairly and ethically represent Contessa. This basis for withdrawal is recognized as sufficient under Rule 4-1.16(b), as additional disclosures could be detrimental to the client and further protected by attorney-client privilege. *Horan v. OConnor*, 833 So. 2d 193 (Fla. 4th DCA 2002); *Alonso v. Alonso*, 2022 WL 3699351 (S.D. Fla. 20022). Stated differently, ethical and professional considerations hinder undersigned counsel from further elaborating on the merits of this Motion, in order to protect Contessa's rights and interests, so that Contessa's case could move forward to eventual resolution. *See Horan v. O'Connor*, 832 So. 2d 193, 194 (Fla. 4th DCA 2002); *Young v. State*, 189 So. 3d 956, 962 (Fla. 2d DCA 2016).

    4. Additionally, Moore and Co's continued representation will result in an unreasonable financial burden on it.

5. The brevity of this Motion is to ensure protection of information protected by the attorney-client privilege and to comply with ethical obligations including, but not limited to, the broad confidentiality provided for under Rule 4-16 of the Rules Regulating the Florida Bar.

6. Upon withdrawal, Contessa will need a reasonable opportunity and time to obtain substitute counsel. Therefore, Contessa should be given thirty (30) days to retain new counsel, and all pending discovery and proceedings should be stayed during such time.

7. Contessa's mailing address is as follows:

Contessa Marine Research LLC
Registered Agent: Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building, Suite 104
Wilmington, DE 19810

An addition address on record for Contessa Marine Research LLC
Contessa Marine Research LLC
1441 Brickell Ave
Suite 1400
Miami, FL 33131

8. Contessa Marine Research, LLC is a Delaware limited liability company with its registered agent located at the above address. Another operational address disclosed is provided above.

9. For the foregoing reasons, good cause exists for the granting of this Motion.

10. This Motion is filed in good faith, for the reasons highlighted herein, and not for dilatory purposes.

WHEREFORE, Moore and Company P.A, Michael T. Moore, Esq., and Caycie Flitman Esq., respectfully request that this Court grant this Motion to Withdraw as Contessa's Counsel, allowing their immediate withdrawal from this cause and awarding them any other further relief as is just and proper.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP LLC,

    Plaintiff/Counter-Defendant,

vs.

CONTESSA MARINE RESEARCH, LLC,

    Defendant/Counter-Plaintiff,

vs.

CHARLES JAKE STRATMANN,

    Counter-Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Counter-Defendant Stratmann's Motion for Referral to Volunteer Attorney Program. (DE [275]). It is within the Court's discretion to make a referral to the program. Plaintiff has not filed *in forma pauperis* and does not allege that he is indigent. Referral to the Volunteer Attorney Program is usually reserved for individuals who are indigent prior to litigation, not those who have litigated until it costs too much. *See* (Declaration of Charles Jacob Stratmann (DE [277])). Instead of filing this Motion months ago, Counter-Defendant now moves when trial is set to start in four weeks. Referral would not be appropriate at this time.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Counter-Defendant's Motion (DE [275]) is **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of January 2026.

*[signature]*
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel by CM/ECF and
by US Mail to:

Charles Jake Stratmann
850 NE Third Street Suite 208
Dania, FL 33004

**BANK OF AMERICA** 🇺🇸        **Your checking account**

STARBOARD YACHT GROUP LLC  |  Account # 2290 2074 0671  |  January 1, 2025 to January 31, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 01/15/25 | KAPITUS        DES:   ACHPMT ID:B2653021  INDN: STARBOARD YACHT GROUP  CO ID:1814344006 CCD | -2,944.00 |
| 01/15/25 | ONDECK CAPITAL20 DES:31269      ID:XXXXXXXXX INDN:STARBOARD YACHT GROUP   CO ID:XXXXXXXXXC CCD | -1,713.25 |
| 01/15/25 | KAPITUS        DES:   ACHPMT ID:B2653021  INDN: STARBOARD YACHT GROUP  CO ID:1814344006 CCD | -1,472.00 |
| 01/17/25 | Online Banking transfer to CHK 0174 Confirmation# 4713447823 | -6,800.00 |
| 01/17/25 | WIRE TYPE:WIRE OUT DATE:250117 TIME:1234 ET TRN:2025011700414494 SERVICE REF:011663 BNF:MOORE & COMPANY ID:1000202580 BNF BK:GROVE BAN K & TRUST ID:066004600 PMT DET:531562502 CONTESSA MARINE | -10,000.00 |
| 01/17/25 | VitalCap Fund   DES:PREAUTHPMT ID:1821751  INDN:STARBOARD YACHT GROUP   CO ID:1472239040 CCD | -3,906.25 |
| 01/17/25 | CAPITAL ONE     DES:ONLINE PMT ID:42NGN6UBMTD6LIM  INDN:CHARLES J STRATMANN CO ID:9279744391 CCD | -1,535.00 |
| 01/17/25 | SEACOAST NTL BK  DES:LOAN PYMT  ID: 42204000846326  INDN:STARBOARD YACHT GROUP CO ID:1067005158 CCD | -1,093.28 |
| 01/17/25 | Online scheduled payment to CSL 1321 Confirmation# 3411797959 | -776.18 |
| 01/17/25 | KIA MOTORS FINANCE Bill Payment | -350.00 |
| 01/21/25 | FOXFUNDINGGROUPL DES:ACHPAYMENT ID:W007  INDN:STARBOARD YACHT GROUP   CO ID:XXXXXXXXXC CCD | -6,964.30 |
| 01/21/25 | CAPITAL ONE     DES:MOBILE PMT ID:42NWBVMAHD2SWVI  INDN:CHARLES J STRATMANN CO ID:9279744380 CCD | -400.00 |
| 01/21/25 | COMCAST 8495753  DES:XXXXXXXXX  ID:1720842  INDN:STARBOARD YACHT *GROUP  CO ID:0000213249 PPD | -325.73 |
| 01/22/25 | OVERDRAFT PROTECTION TO 000000000229020700174 | -4,902.47 |
| 01/22/25 | Online Banking transfer to CHK 5816 Confirmation# 1757914098 | -1,000.00 |
| 01/22/25 | KAPITUS        DES:   ACHPMT ID:B2653021  INDN: STARBOARD YACHT GROUP  CO ID:1814344006 CCD | -2,944.00 |
| 01/22/25 | ONDECK CAPITAL20 DES:31417      ID:XXXXXXXXX INDN:STARBOARD YACHT GROUP   CO ID:XXXXXXXXXC CCD | -1,681.40 |
| 01/22/25 | KAPITUS        DES:   ACHPMT ID:B2653021  INDN: STARBOARD YACHT GROUP  CO ID:1814344006 CCD | -1,472.00 |
| 01/22/25 | CHRYSLER CAPITAL AUTO LEASE Bill Payment | -650.00 |
| 01/22/25 | FL COMBINED LIFE DES:PREM DEBIT ID:04FL0000825858  INDN:CHARLES STRATMANN     CO ID:4592876465 PPD | -16.68 |
| 01/23/25 | WIRE TYPE:WIRE OUT DATE:250123 TIME:0658 ET TRN:2025012300295070 SERVICE REF:004927 BNF:STARBOARD YACHT GROUP LLC ID:95400019758 BNF BK:LOCALITY BANK ID:067017052 PMT DET:53220702 6 | -1,200.00 |
| 01/23/25 | WIRE TYPE:WIRE OUT DATE:250123 TIME:0727 ET TRN:2025012300311719 SERVICE REF:005239 BNF:CHRISTOPHER EUGENE ID:7058061000152656 BNF BK: CITIBANK, N.A. ID:031100209 PMT DET:532243208 SOFT WARE SMB | -3,101.60 |
| 01/23/25 | Online scheduled payment to CSL 9899 Confirmation# 3463512082 | -1,581.70 |
| 01/23/25 | CAPITAL ONE     DES:ONLINE PMT ID:42OYA4G4U9XT84U  INDN:CHARLES J STRATMANN     CO ID:9279744391 CCD | -750.00 |
| 01/24/25 | VitalCap Fund   DES:PREAUTHPMT ID:1831765  INDN:STARBOARD YACHT GROUP   CO ID:1472239040 CCD | -3,906.25 |
| 01/24/25 | Online scheduled payment to CSL 9073 Confirmation# 0972273788 | -849.90 |

*continued on the next page*

# EXHIBIT B: NOVEMBER 19, 2025 EMAIL TO OPPOSING COUNSEL

## Email Transmission Record

**From:** Jake Stratmann <jake@starboardyacht.com>

**To:** caycie.flitman@akerman.com, lydia.zaideman@akerman.com

**Subject:** Contessa Yachts v. SYG (0:23-cv-61696) - Supplemental Discovery Production Delivered

**Date:** November 19, 2025

**Method:** Email + USB Hand Delivery

## EMAIL BODY

Dear Counsel:

Pursuant to the Court's discovery orders and our ongoing obligations under Federal Rule of Civil Procedure 26, please find attached and hand-delivered the supplemental discovery production for Starboard Yacht Group LLC in the above-referenced matter.

**Production Details:**

- **Date:** November 19, 2025
- **Method:** USB hand-delivery to Akerman LLP offices + email transmission
- **Address:** 350 E Las Olas Blvd, Suite 1600, Fort Lauderdale, FL 33301

1

- **Package:** SYG_CourtReady_FINAL_Nov18_2025.zip

- **SHA-256 Hash:** A3862C0C6BC86EB5A6111B28A7CD4ED07DD86E9C3E63FE882E9D7419E53E721A

**Contents:**

- Complete discovery production responsive to DE 233 discovery orders

- 3,996 Bates-stamped documents (SYG-000001 through SYG-010690)

- Six required folders as specified in discovery requests

- QC validation reports and chain of custody documentation

This production represents SYG's good faith compliance with all outstanding discovery obligations. Please confirm receipt and let me know if you require any clarification or additional information.

Thank you for your attention to this matter.

Respectfully,

Jake Stratmann

CEO, Starboard Yacht Group LLC

Pro Se Defendant

jake@starboardyacht.com

(954) 873-8546

## DELIVERY CONFIRMATION

**USB Hand-Delivered:** November 19, 2025 at 4:30 PM

**Recipient:** Receptionist, Akerman LLP

**Tracking:** Physical delivery confirmed by office sign-in log

**Email Sent:** November 19, 2025 at 4:45 PM

**Confirmation:** Read receipt requested and received

## ATTACHMENT VERIFICATION

The attached ZIP file contains:

- Cover Letter to Judge Singhal
- Complete Bates-stamped document production
- QC Reports and validation
- Certificate of Service
- SHA-256 integrity verification

**Note:** Full production package available upon request. CMR has designated these documents for trial use (DE 269-1) but now claims they "do not exist" (DE 270).