UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-61696-AHS

STARBOARD YACHT GROUP, LLC,
    Plaintiff/Counter-Defendant,

v.

M/V OCTOPUSSY, her engines, tackle,
apparel, and furniture, in rem, et al.,
    Defendants/Counter-Plaintiffs.
_____/

**[PROPOSED] ORDER ON COUNTER-DEFENDANT'S
MOTION TO SET ASIDE ENTRY OF DEFAULT**

THIS CAUSE came before the Court on Counter-Defendant Charles Jacob Stratmann's Motion to Set Aside Entry of Default Against Starboard Yacht Group LLC Pursuant to Fed. R. Civ. P. 55(c) (DE ___), and the Court having considered the motion, the Declaration of Charles Jacob Stratmann filed in support, any response, and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

____ **OPTION A: DEFAULT SET ASIDE; LIMITED CONTINUANCE.**

The entry of default against Starboard Yacht Group LLC (DE 266) is **SET ASIDE** pursuant to Fed. R. Civ. P. 55(c). The bench trial currently scheduled for February 23, 2026 is **CONTINUED** for a period of thirty (30) days to allow Starboard Yacht Group LLC to obtain counsel. Counter-Defendant Stratmann shall file status reports

every fourteen (14) days regarding efforts to secure representation. If Starboard Yacht Group LLC has not obtained counsel within the continuance period, the Court will address further scheduling at that time.

### _____ OPTION B: DEFAULT SET ASIDE; TRIAL PROCEEDS.

The entry of default against Starboard Yacht Group LLC (DE 266) is **SET ASIDE** pursuant to Fed. R. Civ. P. 55(c). The bench trial shall proceed as scheduled on February 23, 2026. Counter-Defendant Charles Jacob Stratmann may participate individually on issues common to both Stratmann's and Starboard Yacht Group LLC's defenses, consistent with the Court's preservation of Stratmann's individual pleadings (DE 266 at 7–8).

### _____ OPTION C: MOTION DENIED.

The motion is **DENIED**. The entry of default against Starboard Yacht Group LLC shall remain in effect.

### _____ OPTION D: OTHER.

_____

_____

_____

_____

_____

_____

**CONDITIONS** (if applicable):

_____ Starboard Yacht Group LLC shall obtain counsel and file a notice of appearance within _____ days.

_____ Starboard Yacht Group LLC shall file responsive pleadings within _____ days of the date of this Order.

_____ Starboard Yacht Group LLC shall comply with all outstanding discovery obligations within _____ days.

_____                                                                                                                Other:

_____

_____

_____

Nothing in this Order shall be construed as waiving the requirement that Starboard Yacht Group LLC be represented by counsel in federal court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of _____, 2026.

**HON. RAAG SINGHAL**
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record via CM/ECF
Charles Jacob Stratmann, Pro Se