UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-61696-AHS



FILED BY_____D.C.

APR 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

STARBOARD YACHT GROUP LLC, et al.,

Plaintiff/Counter-Defendant/Appellant.

v.

CONTESSA MARINE RESEARCH, LLC, et al.,

Defendant/Counter-Plaintiff/Appellee.

NOTICE OF FILING

(USCA 11th Cir. Case No. 26-10941-C)

Appellant, Charles Jacob Stratmann, pro se, files this Notice of Filing to cure appellate deficiency notices entered on April 14, 2026 and April 22, 2026 in USCA11 Case No. 26-10941-C.

Filed with this Notice:

1. Eleventh Circuit Transcript Order Form (Part I), completed, electing that no transcript is ordered for appeal purposes.

2. Certificate of Interested Persons and Corporate Disclosure Statement (CIP), including known parties, counsel, and related interested persons.

3. Motion in Court of Appeals to Proceed In Forma Pauperis (FRAP 24(a)(5)) or, in the alternative, request for extension to satisfy the filing fee.

This filing is submitted to cure defaults identified under 11th Cir. R. 42-1(b) and

11th Cir. R. 26.1-5(c), and to preserve appellate review on the merits.

Date: April 23, 2026

/s/ Charles Jacob Stratmann

Charles Jacob Stratmann, Pro Se Appellant

545 NE 17th Avenue

Fort Lauderdale, FL 33301

(954) 873-8546

jake@starboardyacht.com

CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I served this Notice and all attached documents by hand delivery and electronic mail on counsel of record and unrepresented parties, including current counsel Brooke Bishop, James E. Rogers, and John P. Berger.

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann