ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM (PART I)

(For filing under FRAP 10(b), 11th Cir. R. 10-1)

Case Information

> FILED BY_____D.C.
>
> APR 27 2026
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - FT. LAUD.

Court of Appeals No.: 26-10941-C

District Court No.: 0:23-cv-61696-AHS

Short Case Style: Contessa Marine Research, LLC, et al. v. Starboard Yacht Group LLC, et al.

Notice of Appeal Filed: March 23, 2026 (entered March 24, 2026)

Transcript Order Information

[ ] All necessary transcript(s) already on file

[X] No transcript is required for appeal purposes

[ ] No hearing

[ ] I am ordering transcript(s) of the proceedings listed below

Supplemental Statement:

This election reflects the current deficiency-cure posture. Appellant reserves the right to submit an amended transcript order and order all relevant prior hearing transcripts, including hearings tied to Rule 60 and fraud-on-the-court issues, if required for appellate review.

If transcript is ordered, identify proceedings (not applicable in this filing):

Pretrial Proceedings: N/A

Trial Proceedings: N/A

Other Proceedings: N/A

Financial Arrangements

Not applicable: No transcript is being ordered.

Appellant Information

Name: Charles Jacob Stratmann (Pro Se)

Address: 545 NE 17th Avenue, Fort Lauderdale, FL 33301

Email: jake@starboardyacht.com

Phone: (954) 873-8546

Certification

I certify that this completed Part I is filed to cure the transcript-order deficiency notice entered April 14, 2026.

I further certify that this filing does not waive Appellant's right to order additional transcripts by amended notice if the appellate issues require a fuller record.

Date: April 23, 2026

/s/ Charles Jacob Stratmann

Charles Jacob Stratmann, Pro Se Appellant