# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**FILED BY** _[signature]_ **D.C.**

**JUN 10 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### FORT LAUDERDALE DIVISION

STARBOARD YACHT GROUP, LLC, Plaintiff/Counter-Defendant,

v.

M/V OCTOPUSSY, *in rem*, and CONTESSA MARINE RESEARCH, LLC, *in personam*, Defendants/Counter-Plaintiffs,

and

CHARLES JACOB STRATMANN, Counter-Defendant (Pro Se).

**Case No. 0:23-cv-61696-AHS** (Hon. Anuraag H. Singhal | Mag. Jared M. Strauss)

---

# COUNTER-DEFENDANT CHARLES JACOB STRATMANN'S NOTICE OF TRANSCRIPT ORDERED AND PRESERVATION OF POST-TRIAL RIGHTS PENDING TRANSCRIPT RELEASE

**PRO SE FILING — TO BE LIBERALLY CONSTRUED UNDER *HAINES v. KERNER*, 404 U.S. 519 (1972).**

---

Counter-Defendant Charles Jacob Stratmann ("CJS"), appearing pro se, hereby provides notice that the certified transcript of the February 23, 2026 bench trial (DE 312) has been ordered from the official court reporter, Ms. Gina Rodriguez, and is scheduled for release from restriction on **June 1, 2026**.

# I. PURPOSE OF NOTICE

1. CJS files this Notice to (a) confirm that the trial transcript (DE 312, Volume 1 of 1, pages 1-155) has been ordered and the cost incurred; (b) preserve CJS's right to supplement pending post-trial motions with verbatim pin-cited references to the certified transcript upon its release; and (c) place the Court and all parties on notice that any motion or filing referencing trial testimony shall be supplemented with exact transcript citations once the transcript becomes available.

## II. TRANSCRIPT STATUS

1. **Court Reporter:** Gina Rodriguez (gina_rodriguez@flsd.uscourts.gov | 305-523-5026).
2. **Transcript Filed:** March 1, 2026 (DE 312).
3. **Volume:** 1 of 1, 155 pages.
4. **Redaction Request Deadline:** March 23, 2026.
5. **Redacted Transcript Deadline:** April 1, 2026.
6. **Release of Transcript Restriction:** June 1, 2026.
7. **Order Status:** CJS has ordered the transcript and paid the applicable cost as part of CJS's ongoing litigation expenses (see CJS's IFP-related filings in related federal proceedings).

## III. PRESERVATION OF RIGHTS

1. CJS intends to file post-trial motions, including but not limited to a Verified Motion for Relief from Judgment under Fed. R. Civ. P. 60(d)(3), 60(b)(4), and 60(b)(6) (the "Rule 60 Motion"). The Rule 60 Motion will rely in part on verbatim trial testimony, including but not limited to (a) the Court's inquiry to CJS regarding the location of CJS's trial documents; (b) Steven Ivankovich's testimony concerning Seakeeper installations and the "Fort Lauderdale warehouse" reference; (c) Brooke Bishop's representations on the existence and scope of work spreadsheets; and (d) the duration and conclusion of the bench trial proceedings.
2. CJS reserves the right, upon release of the transcript on June 1, 2026, to supplement any pending post-trial motion with exact page-and-line citations to the certified transcript, in the form "Tr. :" (page : line).
3. To the extent any post-trial motion is filed prior to June 1, 2026 with placeholder citations or paraphrased testimony, CJS expressly reserves the right to (a) file a Supplement to the motion incorporating exact transcript citations; and (b) request that the Court consider the transcript as a part of the record in adjudicating such motion. See Fed. R. Civ. P. 7(b); *Cobell v. Norton*, 240 F.3d 1081, 1092 (D.C. Cir. 2001) (record may be supplemented to ensure accurate factual basis).

## IV. RELATED PROCEEDINGS

1. CJS additionally notes that the transcript is material to (a) the appeal pending before the United States Court of Appeals for the Eleventh Circuit, No. 26-10941-C (reinstated May 19, 2026); and (b) related federal proceedings, including *Stratmann v. Ivankovich, et al.*, Case No. 0:26-cv-61150-PAB (RICO action). The transcript will be incorporated into the records of those proceedings as appropriate.

## V. CERTIFICATION OF GOOD FAITH

1. CJS provides this Notice in good faith to (a) reduce the risk of misunderstanding regarding the basis for any placeholder citations in pending or contemplated post-trial motions; (b) confirm CJS's continuing diligence in pursuing post-trial relief; and (c) place CMR's counsel on notice of CJS's intent to supplement with exact citations upon transcript release.

# VI. RELIEF REQUESTED

1. WHEREFORE, CJS respectfully requests that this Court:

(A) ACKNOWLEDGE this Notice and place it of record;

(B) PRESERVE CJS's right to supplement any post-trial motion with exact transcript citations upon release of DE 312 on June 1, 2026; and

(C) Grant such further relief as the Court deems just and equitable.

# VERIFICATION UNDER 28 U.S.C. § 1746

I, Charles Jacob Stratmann, declare under penalty of perjury under the laws of the United States that the foregoing factual statements (paragraphs 2 through 8, 10, and 12) are true and correct to the best of my knowledge.

Executed this 10 day of Jun , 2026, at Fort Lauderdale, Florida.

**Charles Jacob Stratmann** Counter-Defendant, Pro Se 545 NE 17th Avenue Fort Lauderdale, FL 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date set forth above, the foregoing was filed and served via the Court's CM/ECF system upon all counsel of record, including:

- Brooke L. Bishop, Esq. (Perry Maritime Law Group, P.A.) — counsel for CMR
- Caycie B. Flitman, Esq. (Moore & Company, P.A.) — counsel for CMR / M/V Octopussy
- Michael T. Moore, Esq. (Moore & Company, P.A.) — counsel for CMR / M/V Octopussy

**Charles Jacob Stratmann** Counter-Defendant, Pro Se