UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP LLC,

Plaintiff/Counter-Defendant,

vs.

CONTESSA MARINE RESEARCH, LLC,

Defendant/Counter-Plaintiff,

vs.

CHARLES JACOB STRATMANN,

Counter-Defendant.
_______________________________________/

## ORDER OF FINAL JUDGMENT

**THIS CAUSE** comes before the Court after entry of judgment (DE [337]). Pursuant to Federal Rule of Civil Procedure 58, the Court enters final judgment via separate order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Counter-Plaintiff Contessa Marine Research, LLC against Counter-Defendant Charles Jacob Stratmann in the amount of **$5,403,414.94** as the alter ego of Starboard Yacht Group, LLC, of which the amount of **$4,270,739.41** is due for Defendant Stratmann's own individual torts. Counter-Defendant Stratmann shall **PAY** Counter-Plaintiff Contessa Marine Research, LLC by **March 1, 2027** with interest to accrue at the statutory or contracted rate.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of September 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE