**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Case No.: 0:23-cv-61696-AHS**

STARBOARD YACHT GROUP, LLC, et al.,
Plaintiffs / Counter-Defendants,
v.
M/V OCTOPUSSY, CONTESSA MARINE RESEARCH LLC, et al.,
Defendants / Counter-Plaintiffs.

**[PROPOSED] ORDER ON COUNTER-DEFENDANT CHARLES JACOB STRATMANN'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e) (INDIVIDUAL CAPACITY ONLY)**

THIS CAUSE came before the Court upon Counter-Defendant Charles Jacob Stratmann's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Individual Capacity Only), addressing Grounds A through F and Section III (Findings F1 through F6 in D.E. 337 and D.E. 338). Upon review of the Motion, the record, and applicable law, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED IN PART as to Counter-Defendant Charles Jacob Stratmann individually.

2. Counter-Defendant is granted fourteen (14) days from the date of this Order to file a focused record-authentication supplement (Dresdner Bank AG v. M/V Olympia Voyager, 465 F.3d 1267, 1271–72 (11th Cir. 2006)).

3. The Court's Findings of Fact and Conclusions of Law / Order Closing Case (D.E. 337) and Order of Final Judgment (D.E. 338) are amended as to Charles Jacob Stratmann individually only to the extent stated in this Order:

________________________________________________________________________.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ____ day of __________, 2026.

___________________________________

RAAG SINGHAL

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record and Pro Se Parties