UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61696-CIV-SINGHAL

STARBOARD YACHT GROUP LLC,

Plaintiff/Counter-Defendant,

vs.

CONTESSA MARINE RESEARCH, LLC,

Defendant/Counter-Plaintiff,

vs.

CHARLES JACOB STRATMANN,

Counter-Defendant.
_______________________________________/

**ORDER ON COUNTER-DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT**

**THIS CAUSE** comes before the Court on Counter-Defendant Charles Jacob Stratmann's Pro Se Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (individual capacity only) (DE [339]). Having reviewed the motion, as well as Defendant/Counter-Plaintiff Contessa Marine Research's response in opposition (DE [340]), the file, and being otherwise advised of the premises, the motion is denied, as outlined below.

As Contessa Marine points out in its response in opposition, "[a party] cannot use a Rule 59(e) motion to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Vill. of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005). "The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact." *Watkins*

*v. Session*, No. 19-60810-CIV, 2021 WL 1838902, at *1 (S.D. Fla. May 7, 2021), citing *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007).

While Mr. Stratmann argues various alleged manifest errors, these arguments relate to challenging the relevant accounting, his individual liability, and the damages awarded, all of which were presented at trial, in post-trial filings, or were arguments available to Mr. Stratmann prior to judgment. *See* (DE [337]). "A Rule 59 motion is not meant to give the moving party another bite at the apple by permitting the arguing of issues and procedures that could and should have been raised prior to judgment." *Cent. Baptist Church of Albany, Georgia, Inc. v. Church Mut. Ins. Co.*, 146 F.4th 1003, 1015 (11th Cir. 2025), citing *Mincey v. Head*, 206 F.3d 1106, 1137 n.69 (11th Cir. 2000) (internal quotations omitted). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Counter-Defendant's Motion to Alter or Amend Judgment is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of November 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
by U.S. Mail to:

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Pro Se